Name: Rosa Adriana Pineda Aguila

Address: 8856 Kelburn Ave, Spring Valley 91977 (Reference Adress)

Telephone Phone:

Email: raguila.pi.neda@gmail.com

**FILED**

Nov 26 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ DimitriEnglish        DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Case No.: **'25CV3321 CAB VET**

(assigned at time of filing)

Plaintiff(s), Rosa Adriana Pineda Aguila

**COMPLAINT**

v.

Defendant(s). United States Presidential
United States Military

## I.   RELATED CASES

a.   Do you have other Civil Case(s) in this or any other federal court?

☐ Yes        ☐ No

b.   If yes, please list the case numbers here:

## II.   STATEMENT OF CLAIM *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

I would like to have disposition of my money in base of my Gold on treasury

I would like to became in the most proper manner and honorable manner in base of my honorable and intrisic level my formal position as the Commanding General of the United States of America/Presidential

I would like to be reconaice my honorable behavior ~~that is~~ in effort commitment in a professional manner positive manner and ~~in the manner having~~ my formal office as well my account on private with my family safety, my person, the country

I would like to ~~te~~ able to have all respect from others in base of my behavior and in the manner Presidential's accoun't be respected as well mine

I would love to have the Presidential Ranch on my favor.

~~I would like my family my person and others remember the accounles and information~~

I would like to confirm my loyol and my family loyol to the country of United States Of America

I would like to claim if is posible with military and Presidential to claim my conquest ~~H~~ Estados Unidos Mexicanos as part of United States I believe the pay is ~~been~~ made. (pay) (The money that Mexico own's is enermes)

**III.   RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

In base my dissmisol I would like to be release from any type of debarred from MCRD or any other military base

I would claim all type of Consideration's to all San Isidro and US Marines and my family (from mother and father) and every family retefionship of Sgt Major Carlos R Aguilera. in a positive manner.

I would like to ask/claim if my nice and nephew is US Citicen but they ares 9 year old and 15 and in base my honorability and dedication she is able to have sooner her Citicenship.

I would like true court to have my own military home if is possible to have it available for my peson as soon is possible.

I would not wan to have more military challenges I been demostrated my rank as much is possible for me, I would like to have formally my rank and Uniform, work and Sgt Major too, Jose can Confirm my dedication, Sgt Major Donald Green as well and President Donald Trump too. Is a Military word for me to ocupan the commanding General of United States Military rank.

3

**IV.    DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☐ Yes        ☑ No

I declare under penalty of perjury that the foregoing is true and correct.

_____    _____
Date                                                    Signature

_____
Printed Name

4